IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CIVIL ACTION NO. 875 |
| VARIOUS PLAINTIFFS | : : | Cases Listed in Exhibit "A" |
| v. | : : | |
| VARIOUS DEFENDANTS | : : : | |

**O R D E R**

FILED
NOV - 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**AND NOW**, this **2nd** day of **November, 2011**, it is hereby **ORDERED** that all claims against all viable defendants in the cases listed in "Exhibit A," attached, are **DISMISSED** and the cases are transferred to the "Bankruptcy Only" docket.

It is further **ORDERED** that the cases be marked **CLOSED**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

Exhibit A
CVLO Group 2

| Last Name | First Name | Eastern District PA | Original Case# | FilingState | Circuit_Dist |
|---|---|---|---|---|---|
| Appelberg | Harold | 08-CV-90052 | 00C 1045 | IL | NORTHERN |
| Ardaugh | William | 08-CV-90066 | 00C 2035 | IL | NORTHERN |
| Arrington | William | 08-CV-90105 | 00C 2869 | IL | NORTHERN |
| Ballard | Paul | 08-CV-89896 | 98-C-4776 | IL | NORTHERN |
| Beavers | James | 08-CV-90177 | 01C 0446 | IL | NORTHERN |
| Botka | William | 08-CV-89948 | 97CO982 | IL | NORTHERN |
| Buchanan | Raymond | 08-CV-90327 | 95-C-50065 | IL | NORTHERN |
| Bullis | Richard | 08-CV-90085 | 00C 2207 | IL | NORTHERN |
| Campo | Jack | 10-CV-67629 | 2:99CV312NL | IN | NORTHERN |
| Carnaghi | Richard | 08-CV-89952 | 97C1490 | IL | NORTHERN |
| Case | Fred | 10-CV-67607 | 2:97CV1023M | IN | NORTHERN |
| Colombo | Richard | 10-CV-67538 | 97C-2460 | IL | NORTHERN |
| Costa | Frank | 08-CV-90053 | 00C 1056 | IL | NORTHERN |
| Cushing | George | 08-CV-89989 | 99-CC-8527 | IL | NORTHERN |
| Czajkoski | Walter | 08-CV-89969 | 99C6044 | IL | NORTHERN |
| Davis | James | 08-CV-90006 | 99C8545 | IL | NORTHERN |
| Dewbery | Jesse | 10-CV-67544 | 98-C-4627 | IL | NORTHERN |
| Dubrovich | Frank | 10-CV-68108 | 99-2142 | IL | CENTRAL |
| Dumyahn | Gilbert | 08-CV-89899 | 98C5245 | IL | NORTHERN |
| Dunn | Laura | 08-CV-90086 | 00C 2208 | IL | NORTHERN |
| Ellis | Mae | 08-CV-90213 | 01C 2019 | IL | NORTHERN |
| Ellis | Robert | 08-CV-90093 | OOC 2841 | IL | NORTHERN |
| Ely | Ernest | 09-CV-60938 | 96C-1591 | IL | NORTHERN |
| Engelman | Patrick | 09-CV-60939 | 96C-1591 | IL | NORTHERN |
| Evans | Jessie | 08-CV-90214 | 01C 2020 | IL | NORTHERN |
| Evol | Dandy | 10-CV-68909 | TH96-289-C | IN | SOUTHERN |
| Ferguson | James | 08-CV-90234 | 01-5337 | IL | NORTHERN |
| Fitzgerald | Charles | 08-CV-89817 | 99C5951 | IL | NORTHERN |
| Frangella | Russell | 09-CV-60944 | 96C-1591 | IL | NORTHERN |
| Gavin | Carrie | 08-CV-90197 | 01C 1977 | IL | NORTHERN |
| Goessman | Lorene | 08-CV-89484 | 99-656-DRH | IL | SOUTHERN |
| Goins | Claude | 08-CV-88531 | IP94-1675-C | IN | SOUTHERN |
| Gunther | Robert | 08-CV-91738 | 95-1107 | IL | CENTRAL |
| Halweg | Gordon | 10-CV-67552 | 99C4350 | IL | NORTHERN |
| Hamerla | John | 08-CV-90208 | 01C 2012 | IL | NORTHERN |
| Harris | Rosella | 08-CV-90135 | 00C 5155 | IL | NORTHERN |
| Hood | Marsha | 08-CV-90936 | 2:00CV 491JM | IN | NORTHERN |
| Hosey | Novella | 08-CV-90194 | 01C 1973 | IL | NORTHERN |
| Hunt | Richard | 10-CV-68075 | 98-4061 | IL | CENTRAL |
| Jackson | John | 09-CV-61722 | 96CV-063JM | IN | NORTHERN |
| Jasinski | Richard | 09-CV-60007 | 08CV4237 | IL | NORTHERN |
| Johnson | James | 08-CV-90156 | 00C 8175 | IL | NORTHERN |
| Johnson | Richard | 08-CV-89822 | 99C5965 | IL | NORTHERN |
| Junior | Sylvester | 08-CV-90210 | 01C 2014 | IL | NORTHERN |

Exhibit A
CVLO Group 2

| Last Name | First Name | Eastern District PA | Original Case# | FilingState | Circuit_Dist |
|---|---|---|---|---|---|
| Kappas | Jim | 08-CV-90163 | 00C 8191 | IL | NORTHERN |
| Kinnary | Toivo | 08-CV-90173 | 00C 8217 | IL | NORTHERN |
| Klimek | David | 08-CV-90065 | 00C 2031 | IL | NORTHERN |
| Kocur | John | 09-CV-61725 | 96CV-063JM | IN | NORTHERN |
| Landers | Ronald | 08-CV-92185 | 00-1009 | IL | CENTRAL |
| Lauzon | John | 08-CV-89974 | 99C8293 | IL | NORTHERN |
| Mathews | Clifford | 09-CV-64758 | THOO-104-C-T/F | IN | SOUTHERN |
| Metros | Roy | 09-CV-61883 | 2:97CV-325-JM | IN | NORTHERN |
| Moffett | Charlie | 08-CV-89987 | 99C8523 | IL | NORTHERN |
| Moffett | Jacob | 08-CV-90143 | 00C 5174 | IL | NORTHERN |
| Moody | Charles | 08-CV-90116 | 00C 3592 | IL | NORTHERN |
| Moore | Robert | 08-CV-90032 | 99C8574 | IL | NORTHERN |
| Nurczyk | John | 08-CV-89879 | 97-C-8979 | IL | NORTHERN |
| Odom | Deward | 08-CV-90187 | 01C0634 | IL | NORTHERN |
| Patrick | Carolyn | 08-CV-90221 | 01C 2430 | IL | NORTHERN |
| Pauley | Donald | 08-CV-90134 | 00C 5154 | IL | NORTHERN |
| Pomykala | Joseph | 08-CV-89999 | 99C8537 | IL | NORTHERN |
| Redar | Roy | 08-CV-91429 | 4:99CV0046AS | IN | NORTHERN |
| Richards | Aloysious | 08-CV-90180 | 01C 0591 | IL | NORTHERN |
| Richardson | Robert | 10-CV-68113 | 00-2013 | IL | CENTRAL |
| Roberson | Freddie | 08-CV-90080 | 00C 2198 | IL | NORTHERN |
| Scott | Edward | 10-CV-67682 | 2:00CV 049JM | IN | NORTHERN |
| Scott | Henry | 08-CV-90114 | 00C 3589 | IL | NORTHERN |
| Scott | Thomas | 08-CV-91314 | 2:01-CV-441 JM | IN | NORTHERN |
| Shields | James | 08-CV-89829 | 99C6018 | IL | NORTHERN |
| Silakowski | Gerald | 09-CV-60967 | 96C-1593 | IL | NORTHERN |
| Smith | Larry | 10-CV-68072 | 97-3251 | IL | CENTRAL |
| Smith | Leo | 08-CV-90276 | 03cv8170 | IL | NORTHERN |
| Stahly | Robert | 09-CV-60968 | 96C-1593 | IL | NORTHERN |
| Studer | Earl | 09-CV-60972 | 96C-1593 | IL | NORTHERN |
| Terlep | Robert | 09-CV-60974 | 96C-1593 | IL | NORTHERN |
| Travis | Jim | 08-CV-90170 | 00C 8201 | IL | NORTHERN |
| Travis | Mikel Kent | 08-CV-89843 | 99C4331 | IL | NORTHERN |
| Tryon | Robert | 10-CV-68972 | TH97-321-C-T/F | IN | SOUTHERN |
| Waddell | Earl | 08-CV-90160 | 00C 8184 | IL | NORTHERN |
| Wheaton | John | 08-CV-89990 | 99C8528 | IL | NORTHERN |
| White | Shirley | 08-CV-90171 | 00C 8215 | IL | NORTHERN |
| White | Thomas | 08-CV-89871 | 99C6919 | IL | NORTHERN |
| Williams | Bruce | 08-CV-91282 | 2:01CV 227RL | IN | NORTHERN |
| Woods | James | 08-CV-89965 | 99C6037 | IL | NORTHERN |